# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREL OMAR AGUILAR ESTRADA, : | Civil No. 1:24-CV-02223 |
| Petitioner, : | |
| v. : | |
| WARDEN OF FCI-ALLENWOOD LOW, : | |
| Respondent. : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 21st day of January, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition, Doc. 1, is **DISMISSED** pursuant to 28 U.S.C. § 2254 Rule 4.

2. The Clerk of Court will **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
